# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:09-00026 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| XAVIER JAUQUIN GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is a Rule 35 motion (Docket Entry No. 68) requesting the Court reduce the Defendant's sentence from 262 months.

Upon review and for the reasons set forth in the motion, this motion is **GRANTED**. It is **ORDERED** that the Defendant's sentencing is reduced to 175 months, and **ORDERED** that the 175 months sentence run concurrent to Defendant's 175 months sentence in the Eastern District of Texas, Case No. 1:09-cr-00175(15).

It is so **ORDERED**.

**ENTERED** this the _7__ day of November 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court